**880-15**

# ELECTRONIC RECORD

COA # 02-14-00175-CR          OFFENSE: 0.06

STYLE: The State of Texas v. Zachary Palmer          COUNTY: Wise

COA DISPOSITION: DISMJR          TRIAL COURT: 271st District Court

DATE: 06/25/15          Publish: YES          TC CASE #: CR17314

# IN THE COURT OF CRIMINAL APPEALS

STYLE: The State of Texas v. Zachary Palmer          CCA #: **880-15**

_____ SPA'S _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ Refused _____          JUDGE: _____

DATE: _Nov. 4, 2015_          SIGNED: _____          PC: _____

JUDGE: _PC_          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**